Fill in this information to identify the case:

Debtor name            **River Sub, LLC**

United States Bankruptcy Court for the:

           **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Adyen<br>274 Bannan St #600<br>San Franciso, CA 94107 | | Payment Processing Fee | | | | $4,205.00 |
| 2   Bunn-O-Matic<br>24315 Network Pl.<br>Chicago, 60673-1243 | 217-529-6601 | Trade Credit | | | | $481.06 |
| 3   City Public Services<br>P O Box 2678<br>San Antonio, TX 78289-0001 | (210) 225-2541 | Electrical Service | | | | $4,749.48 |
| 4   Clima Cool A/C & Heating, LLC<br>P. O. Box 680306<br>San Antonio, TX 78268 | 210-279-4049 | Services | | | | $10,430.00 |
| 5   D. A. L.<br>325 Sub Way<br>Milford, CT 6461 | 800-888-4848 | Royalties | | | | $42,199.00 |
| 6   DoorDash<br>303 Second Street #800<br>San Francisco, CA 94107 | No direct contact number-through website only | Services | | | | $1,200.00 |
| 7   Euclid Managers<br>234 Spring Lake Drive<br>Itasca, IL 60143 | 630-238-1900 | Trade Credit | | | | $72.00 |
| 8   FAF<br>325 Sub Way<br>Milford, CT 6461 | 800-888-4848 | Advertising | | | | $23,737.00 |

Debtor **River Sub, LLC**      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9 Fish Window Cleaning<br>PO Box 591686<br>San Antonio, TX 78259 | 210-379-6992 | Services | | | | $500.00 |
| 10 Grub Hub<br>111 W Washington St #2100<br>Chicago, IL 60602 | No direct contact number- through website only | Services | | | | $1,000.00 |
| 11 Hollywood Property Solutions, LLC<br>1212 W. Oliver<br>Owosso, MI 48867 | | Services | | | | $78,000.00 |
| 12 M. Lerma, Ind, et. al.<br>c/o Mark Fassold Guerra LLP<br>875 East Ashby Place Suite 1200<br>San Antonio, TX 78212 | | Judgement | Contingent Disputed | | | $2,970,000.00 |
| 13 P F G Temple, TX<br>P O Box 208391<br>Dallas, TX 75320-8391 | 800-375-3606 | Services | | | | $23,540.00 |
| 14 P F G Victoria, TX<br>204 N Brownson<br>Victoria, TX 77901-8535 | 800-305-7318 | Services | | | | $9,695.00 |
| 15 Southwaste Disposal-SOS<br>P.O. Box 53988<br>Lafayette, 70505-3988 | 210-342-5257 | Services | | | | $335.28 |
| 16 Stratacache, Inc.<br>40 N. Main Street, Ste 2600<br>Dayton, OH 45423 | 800-244-8915 | Services | | | | $167.52 |
| 17 Tanner's Commercial Services<br>8311 Beauty Oaks<br>San Antonio, 78251 | 210-391-0357 | Services | | | | $1,500.00 |
| 18 Tink Electric, LLC<br>2351 FM 1978<br>San Marcos, TX 78666 | | Services | | | | $6,400.00 |
| 19 Uber<br>1455 Market Street<br>San Francisco, CA 94103 | No direct contact number- through website only | Services | | | | $1,200.00 |
| 20 | | | | | | |