IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 24-51145 MMP |
| | § | |
| RIVER SUB, LLC | § | (Subchapter V Debtor) |
| | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

**ORDER GRANTING MOTION FOR EXPEDITED HEARINGS ON THE DEBTOR'S**

**(A) EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING, BUT NOT DIRECTING, DEBTOR TO (A) PAY PREPETITION EMPLOYEE WAGES, SALARIES, OTHER COMPENSATION AND REIMBURSABLE EMPLOYEE EXPENSES AND (B) CONTINUE COMPENSATION AND BENEFITS PROGRAMS AND (II) GRANTING RELATED RELIEF;**

**(B) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO MAINTAIN PRE-PETITION BANK ACCOUNTS AND GRANTING RELATED RELIEF; AND**

**(C) DEBTOR'S EMERGENCY MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(A) AND 366 (I) PROHIBITING UTILITY COMPANIES FROM**

**ALTERING OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (II) APPROVING DEPOSIT ACCOUNT AS ADEQUATE ASSURANCE OF PAYMENT, AND (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT.**

Came on for consideration, the Motion to Expedite Hearing filed by River Sub, LLC the Debtor and Debtor-in-Possession in the above captioned bankruptcy case (the "Case") requesting an expedited hearing on the following motions:

(A) Emergency Motion for Entry of an Order (i) Authorizing, But Not Directing, Debtor to (a) Pay Prepetition Employee Wages, Salaries, Other Compensation and Reimbursable Employee Expenses and (b) Continue Compensation and Benefits Programs and (ii) Granting Related Relief;

(B) Debtor's Emergency Motion for Entry of Order Authorizing Debtor to Maintain Pre-Petition Bank Accounts and Granting Related Relief; and

(C) Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment. (the "Motions").

The Court finds that good cause exists to grant the relief requested.

IT IS THEREFORE, ORDERED that the Motions are scheduled for expedited hearing on the date and time listed above.

The moving party is responsible for notice of hearing on expedited matters to interested parties. Movant shall file a certificate of notice listing persons served. The certificate must be filed within 5 days of such service but in no event later than the date and time of the hearing.

###

SUBMITTED FOR ENTRY BY:

LAW OFFICES OF RAY BATTAGLIA, PLLC
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com